# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

138381(90)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re MARY E. GRIFFIN Revocable Grantor Trust.
_____

OTTO NACOVSKY,
        Petitioner-Appellee,

v

PRISCILLA HALL, Trustee,
        Respondent-Appellant.
_____/

SC: 138381
COA: 277268
Shiawassee Probate Court:
05-032492-TV

      On order of the Court, the motion for reconsideration of this Court's June 3, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009

_____
Clerk

11019